# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| ROBERT E. LEE SUPINGER, JR., *Plaintiff,* | CASE NO. 6:15-cv-00017 |
| v. | ORDER |
| COMMONWEALTH OF VIRGINIA, *ET AL.*, *Defendants.* | JUDGE NORMAN K. MOON |

Plaintiff sought leave to file a second amended complaint (docket no. 91), and I referred the motion to Magistrate Judge Robert S. Ballou for proposed findings of fact and a recommended disposition. Upon consideration of the Plaintiff's motion for leave to file a second amended complaint, Judge Ballou filed a Report and Recommendation ("Report") that Plaintiff's motion be denied in part. After a review of the entire record in this case, the parties' briefs, and no objection having been filed to the Report's recommended disposition within fourteen days of its service upon the parties, I hereby **ADOPT** the Report (docket no. 126) in its entirety. Accordingly, the Plaintiff's motion for leave to file a second amended complaint (docket no. 91) is **GRANTED, in part**, and **DENIED, in part**.

Specifically, Plaintiff's motion to amend his complaint as to his Title VII sex discrimination, the Title VII retaliation, and the claim for a violation of Va. Code § 40.1-51.2:1 is **DENIED**. Plaintiff's motion to amend his complaint as to his First Amendment retaliation claim is **GRANTED**.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to Judge Ballou.

It is so **ORDERED**.

Entered this \_\_\_\_21st\_\_\_\_ day of June, 2016.

                                                                                                                   */s/ Norman K. Moon*
                                                                                                                    NORMAN K. MOON
                                                                                                                    UNITED STATES DISTRICT JUDGE