CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
03/31/2019
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ROBERT E. LEE SUPINGER, JR., *Plaintiff,* | CASE NO. 6:15-cv-00017 |
| v. | ORDER |
| COMMONWEALTH OF VIRGINIA, ET AL., *Defendants.* | JUDGE NORMAN K. MOON |

This matter is before the Court upon Plaintiff's motions for attorneys fees and costs, (dkts. 211, 213), the Report and Recommendation of U.S. Magistrate Judge Robert Ballou, (dkt. 236), and both parties' objections thereto. (Dkts. 240, 241). For the reasons explained in the forthcoming memorandum opinion, the Court hereby **OVERRULES** Plaintiff's objections, (dkt. 241), **SUSTAINS IN PART** and **OVERRULES IN PART** Defendant's objections, (dkt. 240), **ADOPTS** the R&R as modified, (dkt. 236), and **GRANTS** Plaintiff's motions for attorneys fees, (dkt. 211), and costs, (dkt. 213), awarding Plaintiff fees and costs in the amount specified in the forthcoming memorandum opinion.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record, and to strike this case from the Court's active docket.

Entered this 31st day of March, 2019.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE